IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM JASPER YOUNG,

     Plaintiff,

vs.

BLUE OX ENTERPRISES, INC.,
a foreign for profit corporation and
PIERRE FORTIN, an individual,

     Defendant.

_____/

**NOTICE OF REMOVAL OF**
**DEFENDANT BLUE OX ENTERPRISE, INC., AND PIERRE FORTIN**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants, BLUE OX ENTERPRISES, INC., a foreign for profit corporation and PIERRE FORTIN, an individual hereby removes the civil action, Case No. 2021-CA-000197, from the Circuit Court, Fourth Judicial Circuit, Duval County, Florida, to the United States District Court for the Middle District of Florida, Jacksonville Division.  The removal of this civil action is proper because:

1.    Blue Ox Enterprises, Inc and Pierre Fortin are the Defendants in this action filed in the Circuit Court, Fourth Judicial Circuit, Duval County, Florida, Case No.: 2021-CA-000197, on or January 12, 2021, titled "William Jasper Young v. Blue Ox Enterprises, Inc. and Pierre Fortin, (the "State Court Action").

2.    Blue Ox Enterprises, Inc. and Pierre Fortin were served with the Summons and Complaint via Secretary of State April 13, 2021.  This removal petition is therefore timely as it is

Case No.: 2021-CA-000197
Page 2

filed within thirty (30) days after service via Secretary of State of the Summons and Complaint.
*See* 28 U.S.C. § 1446(b).

3.   Defendants remove this case on the basis of 28 U.S.C. §§ 1332 as there is complete
diversity of citizenship among the parties.[1]

4.   Plaintiff, William Jasper Young, is a resident of Jacksonville, Duval County, Florida.

5.   Blue Ox Enterprise, Inc. is a Vermont corporation and has its principal place of business
in Lyndonville, Vermont, for purposes of 28 U.S.C §§ 1332 and 1441. See Complaint, ¶3. A
copy of the filing with the Vermont Secretary of State Corporations Division is attached hereto
Exhibit "A".

6.   Pierre Fortin is a resident of the State of Vermont and resides in Lyndonville, Vermont,
for purposes of 28 U.S.C §§ 1332 and 1441. Pierre Fortin was at all times material a non-resident
of the State of Florida. See Complaint, ¶4.

7.   The amount in controversy exceeds $75,000, exclusive of interest and costs.  Specifically,
on March 5, 2020 Defendants received a demand for $300,000 advising current medical specials
total $13,468.84, Plaintiff has herniations at L2-3 and L3-4, and Plaintiff has been recommended
for injections and possibly surgery.

8.   Plaintiff's Civil Cover Sheet, filed with the Duval County Clerk of Court at the time of
the filing of the State Court Action, indicated that the amount of Plaintiff's claim exceeded
$100,000.00. In addition, Plaintiff, in the prayer for relief, requested damages including bodily
injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity
for the enjoyment of life, expense of hospitalization, medical care and treatment, and loss of

earning capacity. The losses are either permanent or continuing and plaintiff will suffer the losses in the future.

9.   Attached hereto as Composite Exhibit "B" and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action, including the Civil Cover Sheet referenced in Paragraph 6.   No further non-discovery proceedings have taken place in the State Court Action.

10. A copy of this Notice of Removal Exhibit "C" is being served upon Plaintiff's counsel concurrently with the Clerk of the Circuit Court, Fourth Judicial Circuit, Duval County, Florida.

WHEREFORE, Defendants Blue Ox Enterprises, Inc., and Pierre Fortin hereby removes to this Court the State Court Action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail, to all counsel of record listed on the attached Service List, this 13th day of May, 2021.

LUKS,   SANTANIELLO,   PETRILLO   &
COHEN
Attorneys for Defendant
301 W BAY STREET
SUITE 1010
JACKSONVILLE, FL 32202
Telephone:  (904) 791-9191
Facsimile:  (904) 791-9196

By:___ /s/ Christopher D. Ritchie

Case No.: 2021-CA-000197
Page 4

TODD T. SPRINGER
Florida Bar No.: 178410
CHRISTOPHER D. RITCHIE
Florida Bar No.: 147729
LUKSJAX-Pleadings@LS-Law.com
CRitchie@insurancedefense.net

**SERVICE LIST**

Farah and Farah, P.A.
Xavier T. Saunders, Esq.
10 West Adams Street
Jacksonville, Florida 32202



**FLORIDA DEPARTMENT OF STATE**
Division of Corporations

April 14, 2021

XAVIER T. SAUNDERS, ESQ.
10 WEST ADAMS STREET
JACKSONVILLE, FL 32202

Pursuant to Chapter 48.181, Florida Statutes, a copy of the process and initial pleading, case number 162021CA000197, was accepted for BLUE OX ENTERPRISES, INC., and was filed on April 13, 2021, at 04:00 PM.

Plaintiff(s)

WILLIAM JASPER YOUNG,

-vs-

Defendant(s)

BLUE OX ENTERPRISES, INC., A FOREIGN FOR-PROFIT CORPORATION, ET AL.

THE SECRETARY OF STATE DOES NOT FORWARD DOCUMENTATION TO THE DEFENDANT.

All inquiries on behalf of the defendant should be made to the attorneys involved.

STANTON H ROBERTS
Processor of Service
DIVISION OF CORPORATIONS

Letter No. 721A00007628

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314



## FLORIDA DEPARTMENT OF STATE
Division of Corporations

April 14, 2021

XAVIER T. SAUNDERS, ESQ.
10 WEST ADAMS STREET
JACKSONVILLE, FL 32202

Pursuant to Chapter 48.181, Florida Statutes, a copy of the process and initial pleading, case number 162021CA000197, was accepted for PIERRE FORTIN, and was filed on April 13, 2021, at 04:00 PM.

Plaintiff(s)

WILLIAM JASPER YOUNG,

-vs-

Defendant(s)

PIERRE FORTIN, AN INDIVIDUAL, ET AL.

THE SECRETARY OF STATE DOES NOT FORWARD DOCUMENTATION TO THE DEFENDANT.

All inquiries on behalf of the defendant should be made to the attorneys involved.

STANTON H ROBERTS
Processor of Service
DIVISION OF CORPORATIONS

Letter No. 821A00007628

Filing # 119512467 E-Filed 01/12/2021 06:07:04 PM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIV.:

WILLIAM JASPER YOUNG,

     Plaintiff,

vs.

BLUE OX ENTERPRISES, INC.,
a foreign for-profit corporation, and
PIERRE FORTIN, an individual.

     Defendants.

_____/

## SUMMONS

**THE STATE OF FLORIDA:**

To All and Singular the Sheriffs of said State:

     **YOU ARE HEREBY COMMANDED** to serve this Summons, Complaint, Interrogatories, Request to Produce and Request for Admissions, in this action on Defendant:

     **PIERRE FORTIN c/o Florida Department of State, 500 South Bronough Street, Tallahassee, Florida 32399, as its Registered Agent for services of process pursuant to Section 48.181, Florida Statutes.**

Defendant is required to serve written defenses to the Complaint on Xavier T. Saunders, Esquire, attorney, whose address is FARAH & FARAH, P.A., 10 West Adams Street, Jacksonville, FL 32202, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or petition.

     **WITNESS** my hand and the Seal of said Court this __13__ day of __January__ 2021

                 Jody Phillips
                 As Clerk of said Court

                 By _Christine Kent_
                      Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed I you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are no other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a coy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamanda telefonica no lo protegera; si usted desea que el tribunal considere su defense, debe presenter su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudieses perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legals. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberea usted enviar por correao o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

## IMPORTANT

Des poursuites jufciaries ont ete enterprises contre vous. Yous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous resquez de perdue la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immeidats d'un avocet. Si vous ne connaissez pas d'avacat, vous pourriez telephoner a un

service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

 Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expediter une copie au carbone ou une photocopie de votre reponse ecrite an "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**XAVIER T. SAUNDERS, ESQUIRE**
**FARAH AND FARAH, P.A.**
Florida Bar Number: 0047798
10 West Adams Street
Jacksonville, FL 32202
(904) 586-3060 (Tel. & Fax.)
Primary: xsaunders@farahandfarah.com
Sec.: cruth@farahandfarah.com
Attorney for Plaintiff

Filing # 119512467 E-Filed 01/12/2021 06:07:04 PM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIV.:

WILLIAM JASPER YOUNG,

     Plaintiff,

vs.

BLUE OX ENTERPRISES, INC.,
a foreign for-profit corporation, and
PIERRE FORTIN, an individual.

     Defendants.

_____/

## SUMMONS

**THE STATE OF FLORIDA:**

To All and Singular the Sheriffs of said State:

     **YOU ARE HEREBY COMMANDED** to serve this Summons, Complaint, Interrogatories, Request to Produce and Request for Admissions, in this action on Defendant:

     **PIERRE FORTIN c/o Florida Department of State, 500 South Bronough Street, Tallahassee, Florida 32399, as its Registered Agent for services of process pursuant to Section 48.181, Florida Statutes.**

Defendant is required to serve written defenses to the Complaint on Xavier T. Saunders, Esquire, attorney, whose address is FARAH & FARAH, P.A., 10 West Adams Street, Jacksonville, FL 32202, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or petition.

     **WITNESS** my hand and the Seal of said Court this ⎽13⎽ day of ⎽January⎽ 2021

Jody Phillips
As Clerk of said Court

By _Christine Kent_
Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed I you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are no other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a coy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamanda telefonica no lo protegera; si usted desea que el tribunal considere su defense, debe presenter su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudieses perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legals. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberea usted enviar por correao o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

## IMPORTANT

Des poursuites juficiaries ont ete enterprises contre vous. Yous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous resquez de perdue la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immeidats d'un avocet. Si vous ne connaissez pas d'avacat, vous pourriez telephoner a un

service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

 Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expediter une copie au carbone ou une photocopie de votre reponse ecrite an "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**XAVIER T. SAUNDERS, ESQUIRE**
**FARAH AND FARAH, P.A.**
Florida Bar Number: 0047798
10 West Adams Street
Jacksonville, FL 32202
(904) 586-3060 (Tel. & Fax.)
Primary: xsaunders@farahandfarah.com
Sec.: cruth@farahandfarah.com
Attorney for Plaintiff

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIV.:

WILLIAM JASPER YOUNG,

     Plaintiff,

vs.

BLUE OX ENTERPRISES, INC.,
a foreign for-profit corporation, and
PIERRE FORTIN, an individual.

     Defendants.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW** Plaintiff, WILLIAM JASPER YOUNG, by and through the undersigned attorneys, files this Complaint and brings suit against Defendants, BLUE OX ENTERPRISES, INC. and PIERRE FORTIN.   In support hereof, Plaintiff's states as follows:

### JURISDICITIONAL AND GENERAL ALLEGATIONS

1.     This is an action for damages in excess of $30,000.00, exclusive of fees, cost and interest.

2.     That at all times material hereto, Plaintiff, WILLIAM JASPER YOUNG, was and remains a resident of Duval County, Florida and is otherwise, sui juris.

3.     At all times material hereto, Defendant, BLUE OX ENTERPRISES, INC., whose principal place of business address is 2085 New Boston Road, Saint Johnsbury, Vermont 05819 was and remains, a foreign profit corporation authorized to transact business with no resident agent or officer in the State of Florida pursuant to Section 48.181, Florida Statutes.

4.     At all times material hereto, Defendant, PIERRE FORTIN, was a non-resident of Florida who operated, conducted, engaged in, or carried on a business or business venture in the state, pursuant to Section 48.181, Florida Statutes.

5.      On or about December 17, 2018, Defendant, BLUE OX ENTERPRISES, INC., owned or leased a 1999 Kenworth Commercial Truck, Vermont Tag 60D23, VIN: 1XKWDB9X4XJ955587, with a 2005 FONA trailer in tow, Maine Tag 2076128, VIN: 4LF34820453527029.

6.      On or about December 17, 2018, Defendant, PIERRE FORTIN, was an owner, employee or agent of Defendant, BLUE OX ENTERPRISES, INC.

7.      On or about December 17, 2018, Defendant, PIERRE FORTIN, operated the tractor along with an attached trailer within the course and scope of his employment or agency with Defendant, BLUE OX ENTERPRISES, INC., and with Defendant, BLUE OX ENTERPRISES, INC.'s consent.

8.      On or about December 17, 2018, Plaintiff was the properly restrained driver of his 2011 Lincoln Town Cari using due care and caution and abided by Florida's traffic and motor vehicle statutes while Plaintiff travelled northbound on Interstate 295 near J.T. Butler Boulevard in Jacksonville, Duval County, Florida.

9.      At that time and place, Defendant, PIERRE FORTIN, travelled northbound on Interstate 295 near J.T. Butler Boulevard posterior to the Lincoln.

10.     At that time and place, Defendant, PIERRE FORTIN, negligently operated the tractor-trailer, so that the vehicle rear-ended Plaintiff's vehicle and, thereby, caused the Plaintiff to suffer serious permanent injuries.

11.     There were no external visual obstructions, distractions or actions by any third party which in any way contributed to Defendant, PIERRE FORTIN's, failure to obey the traffic laws, or failure to watch where he operated the commercial truck.

12.     Plaintiff was unable to avoid the imminent collision with Defendant, PIERRE FORTIN.

13.     The collision caused significant damage to Plaintiff's vehicle.

## COUNT I - NEGLIGENCE OF DEFENDANT, PIERRE FORTIN

14.     Plaintiff re-alleges, and incorporates by reference, the allegations in paragraphs one (1) through thirteen (13) above.

15.     As the driver of an automobile in the State of Florida, Defendant, PIERRE FORTIN, owed other drivers, including Plaintiff, a duty to use reasonable care and caution  in the operation of his vehicle and to: (a) comply with all Florida Traffic Statutes; (b) refrain from violating other drivers', including Plaintiff's, lawful rights-of-way; (c) remain aware of his surroundings and other traffic; and (d) operate the Commercial truck so as not to collide with another vehicle, including Plaintiff's vehicle.

16.     At the aforementioned time and place, Defendant, PIERRE FORTIN, breached the aforementioned duties of care when Defendant, PIERRE FORTIN, negligently operated the Commercial truck and crashed it in Plaintiff's vehicle.

17.     As a direct and proximate result of one or more of the foregoing acts or omissions of Defendant, PIERRE FORTIN, Plaintiff suffered serious and disabling injuries.

18.     As a direct and proximate result of the negligence of Defendant, PIERRE FORTIN, the Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical care and treatment, and loss of earning capacity.   The losses are either permanent or continuing and plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff demands judgment against Defendant, PIERRE FORTIN, for damages, as well as costs, and further **demands a trial by jury**.

### COUNT II- VICARIOUS LIABILITY OF DEFENDANT, BLUE OX ENTERPRISES, INC.

19.     Plaintiff re-alleges, and incorporates by reference, the allegations contained in paragraphs one (1) through eighteen (18) above.

20.     At all times material, Defendant, PIERRE FORTIN,  was an owner, employee and/or agent of Defendant, BLUE OX ENTERPRISES, INC.

21.     At all times material, Defendant, PIERRE FORTIN,  was acting in the course and scope of his employment or agency.

22.     Defendant, PIERRE FORTIN,  was engaged in a mission for Defendant, BLUE OX ENTERPRISES, INC.

23.     Defendant,  BLUE OX ENTERPRISES, INC., is vicariously liable for the negligent acts or omissions committed by Defendant, PIERRE FORTIN, while acting in the course and scope of his employment and/or agency under a theory of respondent superior.

**WHEREFORE** Plaintiff, WILLIAM JASPER YOUNG, demands judgment against Defendants for compensatory damages, all available costs and interest and further relief that the Court may deem proper, and respectfully demands trial by jury of all issues triable as of right by a jury.

**FARAH & FARAH, P.A.**

By:**/s *Xavier T. Saunders***
**XAVIER T. SAUNDERS, ESQUIRE**
Florida Bar Number: 0047798
10 West Adams Street
Jacksonville, FL 32202
(904) 586-3060 (tel. & fax.)
Primary: xsaunders@farahandfarah.com
Sec: cruth@farahandfarah.com
Attorney for Plaintiff

Filing # 119512467 E-Filed 01/12/2021 06:07:04 PM

## FORM 1.997.   CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

### I.    CASE STYLE

IN THE CIRCUIT COURT OF THE <u>FOURTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>DUVAL</u>   COUNTY, FLORIDA

<u>William Jasper Young</u>
Plaintiff

Case # _____
Judge  _____

vs.
<u>BLUE OX ENTERPRISES, INC., Perre Fortin</u>
 Defendant

---

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

### III.    TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☒ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**    **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   2

**VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Xavier T. Saunders          Fla. Bar # 47798
            Attorney or party               (Bar # if attorney)

Xavier T. Saunders             01/12/2021
 (type or print name)           Date

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 162021CA000197
DIV.: CV-B

WILLIAM JASPER YOUNG,

        Plaintiff,

vs.

BLUE OX ENTERPRISES, INC.,
a foreign for-profit corporation, and
PIERRE FORTIN, an individual.

        Defendants.

_____/

## PLAINTIFF'S NOTICE OF PROPOUNDING INTERROGATORIES ON DEFENDANT BLUE OX ENTERPRISES, INC.

Plaintiff, WILLIAM JASPER YOUNG, by and through undersigned counsel, propounds the following interrogatories numbered one (1) through twenty-one (21) to the Defendant, BLUE OX ENTERPRISES, INC, pursuant to the Florida Rules of Civil Procedure, Rule 1.340, the same to be answered separately and fully, under oath.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished to the above-named Defendants by Process Server along with the Summons and Complaint.

**FARAH & FARAH, P.A.**

By:/s *Xavier T. Saunders*
**XAVIER T. SAUNDERS, ESQUIRE**
Florida Bar Number: 0047798
10 West Adams Street
Jacksonville, FL 32202
(904) 586-3060 (tel. & fax.)
Primary: xsaunders@farahandfarah.com
Sec: cruth@farahandfarah.com
Attorney for Plaintiff

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 162021CA000197
DIV.: CV-B

WILLIAM JASPER YOUNG,

    Plaintiff,

vs.

BLUE OX ENTERPRISES, INC.,
a foreign for-profit corporation, and
PIERRE FORTIN, an individual.

    Defendants.

_____/

## INTERROGATORIES

1.    What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed.

2.    Describe any and all policies of insurance which you contend cover or may cover you for the allegations set forth in plaintiff's complaint, detailing as to such policies the name of the insurer, the number of the policy, the effective dates of the policy, the available limits of liability, and the name and address of the custodian of the policy.

3.    Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

4.      State the facts upon which you rely for each affirmative defense in your answer.

5.      Do you contend any person or entity other than you is, or may be, liable in whole or part for the claims asserted against you in this lawsuit? If so, state the full name and address of each such person or entity, the legal basis for your contention, the facts or evidence upon which you contention is based, and whether or not you have notified each such person or entity of your contention.

6.      List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have knowledge concerning any of the issues in this lawsuit: and specify the subject matter about which the witness has knowledge.

7.      State the name and address of every person known to you, your agents, or your attorneys who has knowledge about, or possession, custody, or control of, any model, plat, map drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

8.      Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

9.      Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.

10.     Did any mechanical defect in the motor vehicle described in the complaint contribute to the incident? If so, describe the nature of the defect and how it contributed to the incident

11.     List the name and address of all persons, corporations, or entities who were registered owners or who had ownership interest in, or right to control, the motor vehicle that the defendant driver was driving at the time of the incident described in the complaint; and describe both the nature of the ownership interest or right to control the vehicle, and the vehicle itself, including the make, model, year, and vehicle identification number.

12.     Is your company a common carrier, a contract carrier or a private carrier?

13.     Does your company hold a certificate of authority, a license or a permit issued by the DOT or the Interstate Commerce Commission? If so, state which and the number of the certificate.

14.     If you were not the owner of the tractor and trailer involved in the accident state whether these vehicles were being operated by your company under lease and if so, please state the name and address and telephone number of the person who was the lessor of the tractor and/or trailer.

15.     Was **PIERRE FORTIN,** the only regular employee and/or agent of **BLUE OX ENTERPRISES, INC.**?  If not, state the names of all other employees and/or agents and the date that employment or agency began and whether these individuals are still in your employ.

16.     State whether you have retained a driver qualification file in your company offices for the driver of the vehicle? If so, list each of the documents in that file.

17.     State whether the tractor trailer in the collision was equipped with any type of collision avoidance system. If so, state whether the system includes a side-mounted radar that warns of vehicles in a truck's blind spot and/or an accident reconstruction option which allows the last 10 minutes or recorded activity on the system to be stored in a memory and retrieved in the event of an accident.

18.     State whether the tractor trailer involved in the accident was equipped with any type of on-board recording device. If so, state the type of device, what information was recorded and for what periods of time.

19.     Did the tractor trailer involved in the accident have an on-board computer? If so, identify all types of information or stores/written materials generated by the use of the on-board computer during the trip and if so, please list the items that are in your possession.

20.     If you contend that your company is not liable for this accident, state in exact detail the reasons for that contention.

21.     Does your insurance policy contain the MCS-90 endorsement or the equivalent endorsement required under state law?

**STATE OF** _____
**COUNTY OF** _____

Before me the undersigned authority, duly authorized to administer oaths and take acknowledgements, personally appeared _____, who being by me duly sworn, deposes and says: That he has read the attached pleadings and the facts and information contained therein are true and correct to the best of his knowledge, information and belief.

_____
DEFENDANT'S REPRESENTATIVE

Sworn to and subscribed before
me this _____ day of _____, _____.

_____
NOTARY PUBLIC, AT LARGE

_____
COMMISSION

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 162021CA000197
DIV.: CV-B

WILLIAM JASPER YOUNG,

     Plaintiff,

vs.

BLUE OX ENTERPRISES, INC.,
a foreign for-profit corporation, and
PIERRE FORTIN, an individual.

     Defendants.

_____/

### PLAINTIFF'S NOTICE OF PROPOUNDING INTERROGATORIES ON DEFENDANT BLUE OX ENTERPRISES, INC.

Plaintiff, WILLIAM JASPER YOUNG, by and through undersigned counsel, propounds the following interrogatories numbered one (1) through twenty-four (24) to the Defendant, PIERRE FORTIN, pursuant to the Florida Rules of Civil Procedure, Rule 1.340, the same to be answered separately and fully, under oath.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished to the above-named Defendants by Process Server along with the Summons and Complaint.

**FARAH & FARAH, P.A.**

By:**/s *Xavier T. Saunders***
**XAVIER T. SAUNDERS, ESQUIRE**
Florida Bar Number: 0047798
10 West Adams Street
Jacksonville, FL 32202
(904) 586-3060 (tel. & fax.)
Primary: xsaunders@farahandfarah.com
Sec: cruth@farahandfarah.com
Attorney for Plaintiff

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 162021CA000197
DIV.: CV-B

WILLIAM JASPER YOUNG,

     Plaintiff,

vs.

BLUE OX ENTERPRISES, INC.,
a foreign for-profit corporation, and
PIERRE FORTIN, an individual.

     Defendants.

_____/

## INTERROGATORIES TO DEFENDANT PIERRE FORTIN

     1.    What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed.

     2.    List all former names and when you were known by those names. State all addresses where you have lived for the past 10 years, the dates lived at each address, your Social Security number and date of birth.

3.    Have you ever been convicted of a crime other than any juvenile adjudication, which under the law under which you were convicted was punishable by death or imprisonment in excess of 1 year, or that involved dishonesty or a false statement regardless of the punishment? If so, state as to each conviction, the specific crime and the date and place of conviction.

4.      Describe any and all policies of insurance which you contend cover or may cover you for the allegations set forth in plaintiff's complaint, detailing as to such policies the name of the insurer, the number of the policy, the effective dates of the policy, the available limits of liability, and the name and address of the custodian of the policy.

5.      Describe in detail how the incident described in the complaint happened, including all actions taken by you to prevent the incident.

6.      Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

7.      State the facts upon which you rely for each affirmative defense in your answer.

Case 3:21-cv-00508-TJC-PDB    Document 1    Filed 05/13/21    Page 31 of 47 PageID 31

8.    Do you contend any person or entity other than you is, or may be, liable in whole or part for the claims asserted against you in this lawsuit? If so, state the full name and address of each such person or entity, the legal basis for your contention, the facts or evidence upon which you contention is based, and whether or not you have notified each such person or entity of your contention.

9.    Were you charged with any violation of law (including any regulations or ordinances) arising out of the incident described in the complaint? If so, what was the nature of the charge; what plea or answer, if any, did you enter to the charge; what court or agency heard the charge; was any written report prepared by anyone regarding the charge, and, if so, what is the name and address of the person or entity who prepared the report; do you have a copy of the report; and was the testimony at any trial, hearing, or other proceeding on the charge recorded in any manner, and, if so, what is the name and address of the person who recorded the testimony?

10.    List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have knowledge concerning any of the issues in this lawsuit: and specify the subject matter about which the witness has knowledge.

11.     Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place and substance of each statement.

12.     State the name and address of every person known to you, your agents, or your attorneys who has knowledge about, or possession, custody, or control of, any model, plat, map drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

13.     Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

14.     Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.

15. Do you wear glasses, contact lenses, or hearing aids? If so, who prescribed them, when were they prescribed, when were your eyes or ears last examined, and what is the name and address of the examiner?

16. Were you suffering from physical infirmity, disability, or sickness at the time of the incident described in the complaint? If so, what was the nature of the infirmity, disability, or sickness?

17. Did you consume any alcoholic beverages or take any drugs or medications within 12 hours before the time of the incident described in the complaint? If so, state the type and amount of alcoholic beverages, drugs, or mediation which were consumed, and when and where you consumed them.

18. Did any mechanical defect in the motor vehicle which you were driving at the time of the incident described in the complaint contribute to the incident? If so, describe the nature of the defect and how it contributed to the incident

19.     List the name and address of all persons, corporations, or entities who were registered owners or who had ownership interest in, or right to control, the motor vehicle that the defendant driver was driving at the time of the incident described in the complaint; and describe both the nature of the ownership interest or right to control the vehicle, and the vehicle itself, including the make, model, year, and vehicle identification number.

20.     At the time of the incident described in the complaint, were you engaged in any mission or activity for any other person or entity, including any employer? If so, state the name and address of that person or entity and the nature of the mission or activity.

21.     Have you ever been convicted of any of the following disqualifying driving offenses:

a.     Driving a commercial motor vehicle while under the influence of alcohol where your blood alcohol concentration was 0.04 percent or more or driving under the influence of alcohol as prescribed by state law?

b.     Refusing to undergo such testing as is required by any state or jurisdiction?

      c.      Driving a commercial motor vehicle while under the influence of a controlled substance?

      d.      Leaving the scene of an accident involving a commercial motor vehicle? Or

      e.      A felony involving the use of a commercial motor vehicle?

If so, please explain in detail.

      22.      What endorsements, if any, do you have to your commercial driver's license? (i.e., double/triple trailers endorsement, passenger endorsement, tank vehicle endorsement, hazardous materials endorsement).

      23.      State the number of hours you had been driving prior to the accident.

      24.      Were you in possession of a cell phone or other type of personal communication device at the time of the collision? If so, please state the phone number or the email address, service provider and name on the account.

BY: _____

**PIERRE FORTIN**

**STATE OF** _____ )
                               )
**COUNTY OF** _____ )

     **BEFORE ME,** the undersigned authority, personally appeared _____, who, after being first duly sworn, deposes and says that he/she is the person named in the foregoing Answers to Interrogatories, that he/she has read the same, knows the contents thereof and the same are true as stated.

     The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☐ online notarization, this _____ day of _____, 20__ by _____.

 

                                      _____
                                      Signature of Notary Public – State of _____

 

                                      _____
                                      (Print, Type, or Stamp Commissioned
                                      Name of Notary Public)

☐ Personally Known OR ☐ Produced Identification
Type of Identification Produced _____

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 162021CA000197
DIV.: CV-B

WILLIAM JASPER YOUNG,

     Plaintiff,

vs.

BLUE OX ENTERPRISES, INC.,
a foreign for-profit corporation, and
PIERRE FORTIN, an individual.

     Defendants.

_____/

## PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANT BLUE OX ENTERPRISES, INC.

Plaintiff, WILLIAM JASPER YOUNG, by and through undersigned counsel, pursuant to Rules 1.370, Florida Rules of Civil Procedure, requests the Defendant, BLUE OX ENTERPRISES, INC., to admit the following:

1.    The date of the incident, December 17, 2018, as alleged in the Complaint is correct.

2.    The place of the incident alleged in the Complaint is correct.

3.    On December 17, 2018, PIERRE FORTIN was operating your 1999 Kenworth Commercial Truck, Vermont Tag 60D23, VIN: 1XKWDB9X4XJ955587 with your permission.

4.    You or someone on your behalf had photos taken of the scene of the alleged incident at or near the time of the incident.

5.    You or someone on your behalf had photos taken of the vehicles involved in the alleged incident prior to any changes or repairs being made to the vehicle.

6.      At the time of the accident PIERRE FORTIN was driving within the course and

scope of his employment or agency for Defendant, BLUE OX ENTERPRISES, INC.

7.      On December 17, 2018, there was a collision between the front bumper of your

Kenworth and the left rear of the vehicle operated by Plaintiff.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished to the above-named Defendants by Process Server along with the Summons and Complaint.

**FARAH & FARAH, P.A.**

By:**/s *Xavier T. Saunders***
**XAVIER T. SAUNDERS, ESQUIRE**
Florida Bar Number: 0047798
10 West Adams Street
Jacksonville, FL 32202
(904) 586-3060 (tel. & fax.)
Primary: xsaunders@farahandfarah.com
Sec: cruth@farahandfarah.com
Attorney for Plaintiff

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 162021CA000197
DIV.: CV-B

WILLIAM JASPER YOUNG,

     Plaintiff,

vs.

BLUE OX ENTERPRISES, INC.,
a foreign for-profit corporation, and
PIERRE FORTIN, an individual.

     Defendants.

_____/

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
## TO DEFENDANT PIERRE FORTIN

Plaintiff, by and through undersigned counsel and pursuant to Rules 1.280 and 1.350,

Florida Rules of Civil Procedure, requests the Defendant, **PIERRE FORTIN**, produce for

inspection and/or copying or photographing at the offices of Farah & Farah, P.A., 10 West

Adams Street, Jacksonville, Florida, 32202, within the time provided for in the Rules, each of the

following documents:

### DEFINITIONS

As used throughout this Request for Production, the following terms are defined as

follows:

A.     "Document" is used herein in its customary broad sense to include, by way of

illustration only and not by way of limitation, the following items, whether printed or reproduced

by any process, or written and/or produced by hand, and whether or not claimed to be privileged

or otherwise excludable from discovery, which are in the possession of, subject to the control of,

or within the knowledge of Defendant, its agents, servants, employees or its counsel; namely, all

written or printed matter of any kind including the original and all non-identical copies. Whether different from the original by reason of any notation made on such copies or otherwise (including without limitation correspondence, memoranda, notes, speeches, press releases, diaries, calendars, appointment books, statistics, letters, telegrams, minutes, contracts, reports, studies, checks, statements, receipts, returns, summaries, pamphlets, books, prospectus, interoffice and intraoffice communications offers, notations or memoranda of any sort of conversation, telephone calls, meetings or other communications, bulletins, printed matter, computer printouts, teletypes, telefax, invoices, modifications, changes and amendments of any kind of the foregoing), graphic or aural records or representations of any kind (including without limitations photographs, charts, graphs, microfiches, microfilm, videotapes, recordings, motion pictures) and electronics, mechanical or electrical records or representations of any kind (including without limitations, tapes, cassettes, discs, punchcards and records).

B.     The terms "relating to", "in regard to" and "including" mean constituting, comprising, containing, setting forth, showing, disclosing, describing, explaining, summarizing, mentioning, concerning and/or referring to, directly or indirectly.

C.     "Person" shall mean individual, association, trust, public or private institute, corporation or other legal entity.

## CLAIM OF PRIVILEGE

If any document or statement is withheld from this request under a claim of privilege, then please furnish a list which identifies each document or statement for which privilege is claimed and include the following information for each such document:

    1.     The date(s);

    2.     The subject matter(s);

3.     The sender(s) or author(s);

4.     The recipient(s);

5.     The persons to whom copies were furnished, together with their job titles; and

6.     The basis on which privilege is claimed.

### GROUPING OR NUMBERING OF ITEMS PRODUCED

It is requested that the documents or other items submitted in response to these Requests for Production be grouped according to the individual request to which it is responsive and within each group, arranged in chronological order.

### ITEMS TO BE PRODUCED

1.    A true and correct copy of any and all liability insurance policies providing coverage for you for the accident which is the basis of the instant litigation.

2.    A true and correct copy of any and all photographs, diagrams, videotapes, audiotapes, or other recording devices depicting Plaintiff, the vehicle which Plaintiff was driving, or the scene of the accident.

3.    A true and correct copy of the title to the vehicle which was being operated at the time of the accident which is the basis of the instant litigation.

4.    A true and correct copy of any accident, incident or occurrence reports, relating to the accident which is the basis of the instant litigation.

5.    A true and correct copy of any and all written and/or oral statements (as defined in the Rules of Civil Procedure) previously made by the Plaintiff to the Defendant, his agents or any subsidiary.

6.    Any and all photographs, videos, or other images in your possession, custody or control, or that of your agent or attorney, depicting the damage incurred to the vehicle operated by you at the time of the accident which is the basis of the instant litigation.

7.    Any and all estimates of damage and/or repairs in your possession, custody or control, or that of your agents or attorneys, to the vehicle operated by you at the time of the accident which is the basis of the instant litigation.

8.    Any and statements, including but not limited to, recorded telephone interviews, tapes, written statements, whether signed or unsigned, of all witnesses to the incident relative to

the subject matter of this action and/or any witnesses having knowledge regarding any and all facts and issues in the instant litigation.

9.     A copy of any and all commercial driver's licenses held by you.

10.    A copy of all driver's logs for the six-month period prior to the accident, through and including the time of the accident.

11.    A copy of your cell phone records for the time period of two hours prior to and two hours subsequent to the accident to include phone call records and text messaging records.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished to the above-named Defendants by Process Server along with the Summons and Complaint.

### FARAH & FARAH, P.A.

By:**/s** *Xavier T. Saunders*
**XAVIER T. SAUNDERS, ESQUIRE**
Florida Bar Number: 0047798
10 West Adams Street
Jacksonville, FL 32202
(904) 586-3060 (tel. & fax.)
Primary: xsaunders@farahandfarah.com
Sec: cruth@farahandfarah.com
Attorney for Plaintiff

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 162021CA000197
DIV.: CV-B

WILLIAM JASPER YOUNG,

     Plaintiff,

vs.

BLUE OX ENTERPRISES, INC.,
a foreign for-profit corporation, and
PIERRE FORTIN, an individual.

     Defendants.

_____/

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
## TO DEFENDANT BLUE OX ENTERPRISES, INC.

Plaintiff, by and through undersigned counsel and pursuant to Rules 1.280 and 1.350,

Florida Rules of Civil Procedure, request the Defendant, **BLUE OX ENTERPRISES, INC.,**

produce for inspection and/or copying or photographing at the offices of Farah & Farah, P.A., 10

West Adams Street, Jacksonville, Florida, 32202, within the time provided for in the Rules, each

of the following documents:

### DEFINITIONS

As used throughout this Request for Production, the following terms are defined as

follows:

A.     "Document" is used herein in its customary broad sense to include, by way of

illustration only and not by way of limitation, the following items, whether printed or reproduced

by any process, or written and/or produced by hand, and whether or not claimed to be privileged

or otherwise excludable from discovery, which are in the possession of, subject to the control of,

or within the knowledge of Defendant, its agents, servants, employees or its counsel; namely, all

written or printed matter of any kind including the original and all non-identical copies. Whether different from the original by reason of any notation made on such copies or otherwise (including without limitation correspondence, memoranda, notes, speeches, press releases, diaries, calendars, appointment books, statistics, letters, telegrams, minutes, contracts, reports, studies, checks, statements, receipts, returns, summaries, pamphlets, books, prospectus, interoffice and intraoffice communications offers, notations or memoranda of any sort of conversation, telephone calls, meetings or other communications, bulletins, printed matter, computer printouts, teletypes, telefax, invoices, modifications, changes and amendments of any kind of the foregoing), graphic or aural records or representations of any kind (including without limitations photographs, charts, graphs, microfiches, microfilm, videotapes, recordings, motion pictures) and electronics, mechanical or electrical records or representations of any kind (including without limitations, tapes, cassettes, discs, punchcards and records).

B.     The terms "relating to", "in regard to" and "including" mean constituting, comprising, containing, setting forth, showing, disclosing, describing, explaining, summarizing, mentioning, concerning and/or referring to, directly or indirectly.

C.     "Person" shall mean individual, association, trust, public or private institute, corporation or other legal entity.

## **CLAIM OF PRIVILEGE**

If any document or statement is withheld from this request under a claim of privilege, then please furnish a list which identifies each document or statement for which privilege is claimed and include the following information for each such document:

1.     The date(s);

2.     The subject matter(s);

3.      The sender(s) or author(s);

4.      The recipient(s);

5.      The persons to whom copies were furnished, together with their job titles; and

6.      The basis on which privilege is claimed.

## GROUPING OR NUMBERING OF ITEMS PRODUCED

It is requested that the documents or other items submitted in response to these Requests for Production be grouped according to the individual request to which it is responsive and within each group, arranged in chronological order.

## ITEMS TO BE PRODUCED

1. A true and correct copy of any and all liability insurance policies providing coverage for this Defendant for the accident which is the basis of the instant litigation.

2. A true and correct copy of any and all photographs, diagrams, videotapes, audiotapes, or other recording devices depicting Plaintiff, the vehicle which plaintiff was driving, or the scene of the accident.

3. A true and correct copy of the title to the vehicle which was being operated at the time of the accident which is the basis of the instant litigation.

4. A true and correct copy of any accident, incident or occurrence reports, relating to the accident which is the basis of the instant litigation.

5. A true and correct copy of any and all written and/or oral statements (as defined in the Rules of Civil Procedure) previously made by the Plaintiff to the Defendant, its agents or any subsidiary.

6. Any and all photographs, videos, or other images in your possession, custody or control, or that of your agent or attorney, depicting the damage incurred to your vehicle which is the basis of the instant litigation.

7. Any and all estimates of damage and/or repairs in your possession, custody or control, or that of your agents or attorneys, to your vehicle which is the basis of the instant litigation.

8. Any and statements, including but not limited to, recorded telephone interviews, tapes, written statements, whether signed or unsigned, of all witnesses to the incident relative to the subject matter of this action and/or any witnesses having knowledge regarding any and all facts and issues in the instant litigation.

9.    A copy of any and all documents on the truck/rig involved in the instant litigation for the six-month period prior to the date of the collision to include:

    a.    Tachometer records;
    b.    On board computer records;
    c.    Dispatch records;
    d.    Telephone records, including email and text records;
    e.    Mobile radio records;
    f.    Wrecker or tow truck records;
    g.    Pick-up and delivery records;
    h.    Trip summaries;
    i.    Delivery manifests;
    j     Weight tickets;
    k.    State entry and departure records;
    l.    Trailer interchange records.

10.    A copy of the truck and trailer license for the tractor trailer involved in the instant litigation.

11    A copy of all rental contracts and or leases involving the tractor trailer involved in the instant litigation.

12.    A copy of PIERRE FORTIN's driver qualification file, including employee's application, list of previous employers for the 10 years preceding the date of the application, reasons for leaving said employments, medical examiner's certificate, any notes showing when and who reviewed the driver's record with him for each year of employment, list of certificates showing all violations of motor vehicle laws and ordinances, responses from state agencies and employers to your inquiries about the his employment and driving records, certificate of road test, records of drug and alcohol tests, and accident register listing all DOT recordable preventable accident.

13.    A copy of PIERRE FORTIN's personnel files.

14.    A copy of all National Transportation Safety Board investigative reports.

15.    Copies of the driver's logs (i.e. record of duty status) for the six months preceding the collision which is the subject of the instant litigation.

16.    Copy of the vehicle maintenance records for the commercial motor vehicle involved in the collision for the six months preceding the date of collision.

17.    Copy of all lease and trip lease contracts between you and the truck/trailer owner and operator.

18.    Copy of all trip reports.

19.    Copy of the Commercial Driver's Licenses of PIERRE FORTIN.

20.    All writings containing the result of any drug or alcohol test that was administered to the truck driver after the accident.

21.    Copy of all company manuals covering truck safety, maintenance, fleet safety programs and driver's standards.

22.    Copy of all records generated by on-board recording devices including video recording devices with which the truck was equipped at the time of the accident

23.    Copy of all writings relating to disciplinary actions taken against PIERRE FORTIN for any reason.

24.    Copy of all writings, printout or videos generated by the on-board computer or on-board video of the truck involved in the accident.

25.    Copy of all writings or printouts generated by a black box on the truck involved in the accident.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished to the above-named Defendants by Process Server along with the Summons and Complaint.

**FARAH & FARAH, P.A.**

By:**/s _Xavier T. Saunders_**
**XAVIER T. SAUNDERS, ESQUIRE**
Florida Bar Number: 0047798
10 West Adams Street
Jacksonville, FL 32202
(904) 586-3060 (tel. & fax.)
Primary: xsaunders@farahandfarah.com
Sec: cruth@farahandfarah.com
Attorney for Plaintiff